**SO ORDERED.**

**SIGNED this 17th day of May, 2019.**



_____
Robert E. Nugent
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | |
| | Case No. 18-10177 |
| SOCIAL NETWORKING TECHNOLOGY, INC. | Chapter 7 |
| Debtor(s) | |
| DARCY D. WILLIAMSON, not individually, but solely as the Chapter 7 Trustee for SOCIAL NETWORKING TECHNOLOGY, INC. | |
| Plaintiff | |
| vs. | Adversary No. 18-05091 |
| FIVE POINT VENTURES, LLC; GLO SNT, LLC; LESLIE G. RUDD LIVING TRUST U/D/A MARCH 31, 1999; JK GARVEY INVESTMENT COMPANY LP; CHAD J. STAFFORD; TYMBER LEE & JENNIFER LEE REVOCABLE TRUST; AND L.R.I. CO. SERVICES, LLC | |
| Defendants | |

## ORDER OF DISMISSAL
## WITH PREJUDICE

This matter comes before the Court on the Motion for Dismissal Under Rule 12(b)(6) of the Federal Rules of Civil Procedures and Rule 7012(d) of the Federal Rules of Bankruptcy Procedure [Dkt #17].  The plaintiff, Darcy D. Williamson, Chapter 7 Trustee for Social Networking Technology, Inc. ("Plaintiff"), appears by and through her counsel of record, Nicholas J. Zluticky of Stinson LLP. The defendants, Five Point Ventures LLC, GLO SNT LLC, Leslie G. Rudd Living Trust U/D/A March 31, 1999, JK Garvey Investment Company LP, Chad J. Stafford, Tymber Lee and Jennifer Lee Revocable Trust and L.R.I. Co. Services, LLC (collectively, "Defendants") appear by and through their counsel, Edward J. Nazar of Hinkle Law Firm LLC.  There are no other appearances.

WHEREUPON IT IS ANNOUNCED TO THE COURT:

1. The parties have settled this matter under a separate Settlement Agreement that has been approved by the United States Bankruptcy Court in the case-in-chief.

2. Funds have been distributed pursuant to the Settlement Agreement.  Therefore, this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

# # #

In the United States Bankruptcy Court for the District of Kansas
IN RE:   Social Networking Technology, Inc.
           Bankruptcy Case No. 18-10177-7; Adversary No. 18-05091
           Order of Dismissal With Prejudice
Page 3

APPROVED BY:

HINKLE LAW FIRM LLC


 /s/Edward J.  Nazar
Edward J. Nazar, #09845
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
316.267.2000 / 316.264.1518 fax
enazar@hinklaw.com
         *Attorney for Defendants*



  /s/Darcy D. Williamson
Darcy D. Williamson, #11337
510 SW 10th Avenue
Topeka, KS 66612
785.233.9908 / 785.233.2613 fax
darcy@williamson-law.net

         and

STINSON LLP
Nicholas J. Zluticky, #23935
1201 Walnut, Suite 2900
Kansas City, MO 64106
816.842.8600 / 816.691.3495 fax
nicholas.zluticky@stinson.com
         *Attorneys for Trustee*